THE CONNECTICUT NATIONAL BANK *v.* LORING F. CHAPMAN ET AL.

In the appeal from the Superior Court in Fairfield County, the court is directed to file a finding setting forth its conclusions and the claims of law made by the appellants with the court's rulings thereon. No finding of subordinate facts is necessary and the stipulation of facts shall be incorporated in the printed record.

*Thaddeus G. Cowell, Jr.,* in support of the motion.

Submitted November 5—decided November 19, 1964

THE TOWN OF WALLINGFORD *v.* JAMES H. MORAN ET AL.

It is hereby ordered that William W. Sprague be and he is hereby permitted to file a brief as amicus curiae in the above-captioned case.

Submitted November 12—decided November 19, 1964

LORING J. WHITESIDE *v.* WILLIAM T. BURLANT, SHERIFF

The motion by the plaintiff for a stay of probation is denied.

*Loring J. Whiteside,* in support of the motion.

Submitted November 13—decided November 19, 1964